**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>THE HALAL GUYS FRANCHISE, INC., a New Jersey corporation; and DOES 1 to 10, inclusive,<br><br>              Defendants. | CASE NO.:  3:20-cv-02028-JCS<br><br>Hon. Joseph C. Spero, Magistrate Judge<br>Courtroom F – 15th Floor<br><br>[~~PROPOSED~~] ORDER<br><br><br>Complaint filed:  March 23, 2020<br>Trial Date:  None set |

IT IS HEREBY ORDERED that, in conjunction with the agreement of the parties, Plaintiff's claims, in their entirety, are DISMISSED WITH PREJUDICE.  The absent Class Members' claims are DISMISSED WITHOUT PREJUDICE.  This case is hereby DISMISSED. IT IS SO ORDERED.


Date:   11/6/2020

_____
Joseph C. Spero
United States Magistrate Judge